FILED
2016 Sep-26 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| United States of America, | ] |
| Plaintiff, | ] |
| vs. | ] |
| | ] 15-283 |
| ROYCE THERMON JOHNSON, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge entered on the 26th day of July, 2016 (Doc. 464) denying the pro se motion to replace counsel and to withdraw guilty plea filed by the Defendant on June 28, 2016 (Doc. 397).

It is Ordered that the Report and Recommendation of the Honorable Harwell G. Davis, III, United States Magistrate Judge entered the 26th day of July, 2016 (Doc. 464) denying the pro se motion to replace counsel and to withdraw guilty plea filed by the Defendant on June 28, 2016 (Doc. 397) be accepted as entered.  This court adopts the report and recommendation as the Order of this court as if the same were set forth

at this point *in extenso*. The pro se motion to replace counsel and to withdraw guilty plea filed by the Defendant on June 28, 2016 (Doc. 397) is Denied.

Done this 26th day of September, 2016.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE